# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.O., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7TABZ RETAIL, LLC, doing business as 7TABZ,<br><br>Defendant. | Case No. 2:25-cv-04306-PA-RAO<br><br>**ORDER PROVISIONALLY GRANTING *EX PARTE* APPLICATION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

Having heard and considered Plaintiff's *Ex Parte* Application for Leave to Proceed Under Pseudonym, the Court finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED that subject to further order of the Court, Plaintiff may provisionally proceed in the action under his initials for documents filed publicly.

IT IS SO ORDERED.

Dated: June 30, 2025

_____
Percy Anderson
United States District Judge