UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.O., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>7TABZ RETAIL, LLC, doing business as 7TABZ,<br><br>        Defendant. | Case No. 2:25-cv-04306 PA-RAO<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge Percy Anderson<br><br>Complaint Filed:   May 13, 2025 |

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES

# **ORDER**

Pursuant to the Stipulation to Extend Time to Respond to Complaint and Modify Briefing Schedule for Defendant's Motion to Dismiss, and for good cause shown:

1. Defendant shall file its Motion to Dismiss the Complaint on or before July 18, 2025;

2. Plaintiff shall file its Opposition to the Motion to Dismiss the Complaint on or before August 15, 2025;

3. Defendant shall file its Reply in support of the Motion to Dismiss on or before August 29, 2025;

4. The hearing on the Motion to Dismiss shall be set for September 29, 2025 at 1:30 p.m.; and

5. Counsel for Plaintiff and Defendant may appear remotely or in-person at the hearing on the Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: July 10, 2025

_____
Percy Anderson
United States District Judge

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -